```
                  UNITED STATES DISTRICT COURT
                   DISTRICT OF NEW HAMPSHIRE
```

Oleksandr Krylov

    v.

                                      Case No. 20-cv-928-JL

NH Mountain LP, et al.


## JUDGMENT

Judgment is hereby entered in accordance with the Order of Judge Joseph N. Laplante dated October 28, 2021.

The prevailing party may recover costs consistent with Fed. R. Civ. P. 54(d) and 28 U.S.C. § 1920.

                                                By the Court:

                                                _____
                                                Daniel J. Lynch
                                                Clerk of Court

Date: October 28, 2021

cc:    Andre Raikhelson, Esq.
       Michael J. Tierney, Esq.
       Olesya Trayber, Esq.
       Bryan K. Gould, Esq.
       Callan E. Sullivan, Esq.
       Jason Gottlieb, Esq.
       Morgan Tanafon, Esq.